UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE FREGOSO<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO DEALER SERVICES, INC., CASHCALL, INC., PROFESSIONAL COLLECTIONS CONSULTANTS, INC., SANTANDER CONSUMER USA, INC., and WILSHIRE CREDIT CORP<br><br>　　　　　　Defendants | Civil Action No. 2:11-cv-05153-MAM |

## DEFENDANT WELLS FARGO DEALER SERVICES, INC.'S MOTION TO DISMISS

　　Defendant Wells Fargo Dealer Services ("Wells Fargo"), hereby moves to dismiss the Complaint filed by Plaintiff Jesse Fregoso for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6), all as set forth in Wells Fargo's Memorandum of Law, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/Mark Pfeiffer

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Mark Pfeiffer (PA Bar ID 76245)
　　　　　　　　　　　　　　　　　　　　　　Buchanan Ingersoll & Rooney, P.C.
　　　　　　　　　　　　　　　　　　　　　　Two Liberty Place
　　　　　　　　　　　　　　　　　　　　　　50 S. 16th Street, Suite 3200
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　　　　　(215) 665-8700
　　　　　　　　　　　　　　　　　　　　　　mark.pfeiffer@bipc.com

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Wells Fargo Dealer Services

Dated: October 4, 2011