**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JESSE FREGOSO**,<br><br>    Plaintiff,<br><br>v.<br><br>**WELLS FARGO DEALER SERVICES, INC., et al.**,<br><br>    Defendants. | Civil Action No. 11-5153 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

    Kindly enter Plaintiff's voluntary dismissal as to Defendant Wilshire Credit Corp. only without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i).

                      **FRANCIS & MAILMAN, P.C.**

BY:   */s/ Gregory Gorski*
        GREGORY GORSKI, ESQUIRE
        Attorneys for Plaintiff
        Land Title Building, 19th Floor
        100 South Broad Street
        Philadelphia, PA 19110
        (215) 735-8600

Dated: November 28, 2011

## **CERTIFICATE OF SERVICE**

I, **GREGORY GORSKI**, do hereby certify that on this 28th day of November, 2011, I caused a true and correct copy of Plaintiff's Notice of Voluntary Dismissal to be served by ECF notification upon the following:

| | |
|---|---|
| Mark Pfeiffer, Esq.<br>Buchanan Ingersoll & Rooney, P.C.<br>Two Liberty Place<br>50 South 16th Street, Suite 3200<br>Philadelphia, PA  19102-2555<br>mark.pfeiffer@bipc.com<br><br>*Attorney for Defendant*<br>*Wells Fargo Dealer Services, Inc.*<br><br>Andrew K. Stutzman, Esq.<br>William T. Mandia, Esq.<br>STRADLEY RONON STEVENS & YOUNG, LLP<br>2600 One Commerce Square<br>Philadelphia, PA  19103-7098<br>astutzman@stradley.com<br>wmandia@stradley.com<br><br>*Attorneys for Defendant*<br>*Santander Consumer USA, Inc.* | Patricia Fecile-Moreland, Esq.<br>Cecil J. Jones, Esq.<br>MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.<br>1800 JFK Boulevard, Suite 1900<br>Philadelphia, PA  19103<br>pmoreland@mooclaw.com<br>cjones@mooclaw.com<br><br>*Attorneys for Defendant*<br>*Professional Collections Consultants, Inc.* |

**FRANCIS & MAILMAN, P.C.**

  */s/ Gregory Gorski*
GREGORY GORSKI
Attorney for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA  19110
(215) 735-8600