# IN THE UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE FREGOSO, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO DEALER SERVICES, INC., et al. <br><br> Defendants. | Civil Action No. 11-5153 |

## STIPULATION TO TRANSFER VENUE

WHEREAS Defendant Professional Collection Consultants, Inc. ("PCC") has filed a motion to dismiss or alternatively to transfer venue with respect Plaintiff's claims against PCC to the United States District Court for the Central District of California, and whereas Plaintiff believes that jurisdiction in this Court is proper, and whereas Plaintiff and PCC wish to resolve their dispute regarding venue without further delay and unnecessarily consuming judicial time and resources,

IT IS on this 28th day of November, 2011 hereby STIPULATED and AGREED by and between undersigned counsel for Plaintiff and PCC that:

1. Plaintiff's claims as to PCC only shall be transferred to the United States District Court for the Central District of California;

 2. Transfer of Plaintiff's claims against PCC to the United States District Court for the Central District of California shall be without prejudice to PCC to reassert any motion to dismiss pursuant to Rule 12 once the matter is transferred;

APPROVED BY THE COURT:

_____
ROBRENO,                U.S.D.J.

DATE:

Stipulated And Agreed To By:

BY:  */s/ Gregory Gorski*  
GREGORY GORSKI  
**FRANCIS & MAILMAN, P.C.**  
Land Title Building, 19th Floor  
100 South Broad Street  
Philadelphia, PA 19110  
215-735-8600  

*Attorneys for Plaintiff*

BY:  */s/ Patricia A. Fecile-Moreland*  
PATRICIA A. FECILE-MORELAND  
**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**  
1800 John F. Kennedy Blvd.  
Suite 1900  
Philadelphia, PA 19103  
215-564-6688  

*Attorneys for Defendant Professional Collections Consultants, Inc.*