IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSE FREGOSO, : CIVIL ACTION
: NO. 11-5153
:
v. :
:
WELLS FARGO DEALER SERVICES, :
INC., et al. :

**ORDER**

**AND NOW**, this **31st** day of **January, 2012**, it is hereby **ORDERED** that Defendant's Motion to Dismiss (doc. no. 40) is **DENIED.**[1]

**AND IT IS SO ORDERED.**

s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] The Court denies the motion for the reasons stated on the record in open court on January 31, 2012.